```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13251
   JOSEPH A NOWAK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0545

---------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/24/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.

---------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT        INTEREST           PRINCIPAL
                                                                     PAID               PAID
---------------------------------------------------------------------------------
WELLS FARGO HOME MTGE     CURRENT MORTG             .00              .00                .00
WELLS FARGO HOME MTGE     MORTGAGE ARRE       NOT FILED              .00                .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC             .00              .00                .00
GMAC PAYMENT CENTER       SECURED VEHIC             .00              .00                .00
GE CORPORATE PAYMENT SER  UNSECURED          NOT FILED               .00                .00
        Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED        OTHER            TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00           .00           .00              .00
PRINCIPAL PAID         .00          .00           .00           .00              .00
INTEREST PAID          .00          .00           .00           .00              .00
TOTAL PAID             .00          .00           .00           .00              .00
The Debtor's attorney, SHERRY L HOWARD             , was allowed $    3500.00
and was paid $     426.00   direct and $       .00   through the plan.

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 13251 JOSEPH A NOWAK
```